UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **MARY L. CARTER,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 06-2051 |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY,** ) | |
| Defendant. ) | |

# ORDER

In August 2005, Administrative Law Judge Barbara Welsh (hereinafter "ALJ) denied social security disability insurance benefits (hereinafter "DIB") to Plaintiff Mary L. Carter. The ALJ based her decision on findings that although Plaintiff suffered from severe impairments, she retained the capability to perform past relevant work as a room cleaner, and she was also capable of performing several unskilled routine and repetitive light jobs that existed in significant numbers in the national economy.

In March 2006, Plaintiff filed a Complaint (#1) against Defendant Michael Astrue[1], the Commissioner of Social Security, seeking judicial review of the final decision by the Commissioner of Social Security Administration (hereinafter "SSA") denying DIB. In August 2006, Plaintiff filed a Motion for Summary Judgment (#8), and in December 2006, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#12). After reviewing the administrative record and the parties' memoranda, this Court granted Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#12)**. Consistent with that order, the Court now **DENIES** Plaintiff's Motion for Summary Judgment **(#8)**.

---

[1] Michael Astrue became Commissioner of the Social Security Administration on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, he was substituted for Jo Anne Barnhart as Defendant in this suit.

The Clerk of the Court is directed to enter judgment against Plaintiff and in favor of Defendant.  This case is terminated.

ENTER this 2nd day of August, 2007.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE